IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-198-D

| | |
|---|---|
| ROBERT SARHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES CITIZENS & ) | |
| IMMIGRATION SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

On April 14, 2023, Robert Sarhan ("Sarhan" or "plaintiff") filed a complaint in this court [D.E. 1]. On June 20, 2023, the United States of America ("United States" or "defendant") filed a motion to dismiss [D.E. 14] and memorandum in support [D.E. 15]. On July 7, 2023, defendant filed a response [D.E. 17]. Plaintiff states that he is a resident of Pittsboro, North Carolina. [D.E. 1] 4. Pittsboro is in Chatham County, North Carolina, and Chatham County is in the Middle District of North Carolina. See 28 U.S.C. § 113(b).

In the interest of justice, the court ORDERS the clerk to TRANSFER the action to the United States District Court for the Middle District of North Carolina, where venue is proper. See 28 U.S.C. § 1404(a); Porter v. Groat, 840 F.2d 255, 258 (4th Cir. 1988); Jenkins v. Albuquerque Lonestar Freightliner, LLC, 464 F. Supp. 2d 491, 493–95 (E.D.N.C. 2006). The court has not conducted a review of the complaint.

SO ORDERED. This _7_ day of August, 2023.

JAMES C. DEVER III
United States District Judge